FILED
2017 Aug-17 AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
7/18/2017 10:51 AM
50-CV-2017-900276.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

State of Alabama
Unified Judicial System
Form ARCiv-93 Rev.5/99

# COVER SHEET
# CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Case Number: 50
Date of Filing: 07/18/2017
Judge Code:

EXHIBIT A

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**JOHNNIE LAWSON v. FEDERAL INSURANCE COMPANY ET**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ______

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**
R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO

**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**
BER016

7/18/2017 10:51:01 AM
Date

/s/ JAMES R. BERRY
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
7/18/2017 10:51 AM
50-CV-2017-900276.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**CIVIL ACTION NUMBER: CV-2017-__________**

**JOHNNY LAWSON,**

**PLAINTIFF**

**VS.**

**FEDERAL INSURANCE COMPANY; CHUBB GROUP OF INSURANCE COMPANIES; SERVICE CREDIT UNION d/b/a, AFFINION GROUP, LLC; BROADSPIRE; and A, B, and C, those persons, firms, companies, or corporations in any way involved in the sale of a FEDERAL INSURANCE COMPANY insurance policy to the plaintiff or Patsy O. Lawson, the sale, trade, exchange or holding of the plaintiff or deceased's policies or in any way involved in the handling of the claim after the accidental loss of Patsy O. Lawson's life, which occurred on or about May 19, 2015 suffered by the plaintiff on May 19, 2015,**

**DEFENDANTS.**

## COMPLAINT

COMES now the plaintiff, Johnny Lawson, and submit this Complaint against defendants as follows:

### STATEMENT OF THE PARTIES

1. The plaintiff, Johnny Lawson, is an adult resident citizen of Marshall County, Alabama.

2. The defendant, Federal Insurance Company (hereinafter referred to as "Federal") is a corporation licensed to do business in the State of Alabama and is doing business in Marshall County, Alabama. Defendant, Federal, is engaged in the issuance of Accidental loss of life and Dismemberment insurance policies.

3. The defendant, Chubb Group of Insurance Companies (hereinafter referred to as "Chubb") is licensed to do business in the State of Alabama and is doing business in Marshall County, Alabama. Defendant, Chubb, is engaged in the selling of Accidental loss of life and Dismemberment insurance policies, including defendant, Federal's policies.

4. The defendant, Affinion Group, LLC, (hereinafter referred to as "Affinion"), d/b/a, Service Credit Union, is licensed to do business in the State of Alabama and is doing business in Marshall County, Alabama. Defendant Affinion holds the Plaintiff and the Plaintiff's deceased spouse, Patsy O. Lawson's Accidental Loss of Life and Dismemberment policies; issued the Accidental Loss of Life and Dismemberment policies to the Plaintiff and Patsy O. Lawson, while doing business as Service Credit

Union. Service Credit Union sold the initial policies to the Plaintiff and Patsy O. Lawson.

5. The defendant, Broadspire, is a corporation licensed to do business in the State of Alabama and is doing business in Marshall County, Alabama. Defendant, Broadspire is engaged in processing claims submitted by the Plaintiff, held by defendant Affinion d/b/a, Service Credit Union, and written by defendants Chubb and Federal.

6. Fictitious defendants, A, B, and C, are those persons, firms, companies, or corporations that are in any way involved in the sale of defendant, Federal's policies of insurance to the plaintiff and Patsy O. Lawson, or were in any way involved in the handling of the claim after the plaintiff and Patsy O. Lawson's loss, which is described herein.

## STATEMENT OF FACTS

7. Before May 19, 2015, the defendants issued two policies of insurance, insuring the plaintiff and his wife against accidental death and dismemberment. Policy number 9907-63-64 was issued to both Johnny Lawson and Patsy O. Lawson. The Federal policy was in force on May 19, 2015. The defendant, Affinion, d/b/a, Service Credit Union, through its agent, unknown at this time, represented to the plaintiff and his wife, Patsy O. Lawson that the insurance policies were the best policies offered by Federal and that it would cover any loss of life caused by an accident and that all claims would be promptly paid. The plaintiff and his wife made timely, quarterly payments of the required premium for approximately 17 years.

8. On or about May 19, 2015, the plaintiff's wife, Patsy O. Lawson died from an accidental death.

9. The plaintiff gave timely notice to the defendants of the loss under the policies of insurance and made a claim for all the benefits provided by the two policies; 100% of the face value for the policy that insured Patsy Lawson and 60% of the benefit for the policy that insured the plaintiff's loss of his spouse.

10. The defendants have refused to pay the claim; first denying the claim in a letter dated January 14, 2016.

11. Defendants entered into a pattern or practice of fraudulent conduct, which included the fraud practiced on the plaintiffs.

12. The conduct by defendants was intentional, gross, wanton, malicious, or oppressive.

## COUNT ONE
## BREACH OF CONTRACT

13. Plaintiff realleges all prior paragraphs of the Complaint as if fully set forth herein.

14. Before May 19, 2015, the defendants issued policies of insurance, which insured the plaintiff and his wife's life against accidental death and other perils. The policies were in full force and effect on May 19, 2015, and provided, among other things, that in the event of an accidental death, the defendants would pay the beneficiary of the policies.

15. On May 19, 2015, plaintiff's wife, Patsy O. Lawson, died an accidental death.

16. The plaintiff gave the defendants timely notice of the loss and made a claim for benefits under the terms of each policy.

17. The defendants failed to reasonably investigate and refused to pay said claim; therefore, the defendants breached the agreement between the parties by failing to pay to the plaintiff all the sums of money due and required of defendants to pay under the terms of said policies of insurance.

18. As a result of defendants' breach, as aforesaid, the plaintiff was caused to suffer great financial hardship and great emotional distress.

WHEREFORE, plaintiff demands judgment against defendants in an amount of $250,000.00, the face value of the policy that insured the life of Patsy O. Lawson; $150,000.00, which is 60% of the face value of the policy insuring the life of Johnny Lawson or spouse for which a claim was also made; interest; and punitive damages as a jury deems reasonable and may award, and costs.

**COUNT TWO**
**BAD FAITH**

19. Plaintiff realleges all prior paragraphs of the Complaint as if fully set forth herein.

20. After the plaintiff made a claim under the policies, the defendants intentionally refused to pay the plaintiffs claim and denied the claim without lawful justification.

21. The defendants' failure and refusal to pay the valid claim was not based on any reasonable, legitimate, arguable, or debatable reason.

22. The defendants knew there was no legitimate, arguable, or debatable, reason for denying the claim.

23. The defendants failed to reasonably investigate the plaintiff's claim.

24. The defendants acted in bad faith when they refused to pay the plaintiff's claim.

25. The plaintiff claim punitive damages of the defendants.

WHEREFORE, plaintiff demands judgment against defendants for compensatory and punitive damages, plus interest, in an amount to be assessed by the jury, and costs.

**COUNT THREE**
**FRAUD**

26. Plaintiffs reallege all prior paragraphs of the Complaint as if fully set forth herein.

27. The defendants willfully and recklessly misrepresented to the plaintiff and his wife, Patsy O. Lawson that any accidental loss of life would be covered under the policies, and intended for the plaintiff and his wife, Patsy O. Lawson to rely upon the misrepresentations; which the plaintiff and his wife did rely. The defendants knew there were exclusions that greatly limited an insured's ability to make a successful claim. The defendants' policies, through a pattern or practice of willful deceit, contain exclusions that the defendants alone have applied to all claims, including the plaintiff's claim, which are so exclusive as to unjustly enrich the defendants while willfully, recklessly and deceitfully defrauding the insured and the beneficiaries, including the plaintiff and his wife, Patsy O. Lawson.

28. The misrepresentations and action of the defendants toward the plaintiff was a fraud by willful and reckless misrepresentations and deceitful conduct and known by the defendants to be willful and reckless misrepresentations and deceitful conduct.

29. The willful, reckless and deceitful frauds committed by the defendants upon the plaintiff caused the plaintiff loss of promised benefits under the policies and emotional distress.

30. The plaintiffs claim punitive damages of the defendants.

WHEREFORE, plaintiff demands judgment against defendants for compensatory and punitive damages, plus interest, in an amount to be assessed by the jury, and costs.

**COUNT FOUR**
**FRAUD**

31. Plaintiffs reallege all prior paragraphs of the Complaint as if fully set forth herein.

32. The defendants defrauded the plaintiff by willfully misrepresenting or concealing that they had conducted an investigation into the plaintiff's loss only after first denying his claim. Since failing to investigate the plaintiff's claim, and denying the plaintiff's claim without reasonable, legitimate, arguable or debatable reason, the defendants have since investigated the plaintiff's claim and have continued to deny the plaintiff his benefits by attempting to create their own different and other reasons for denying the plaintiff's claim and concealing from the plaintiff these and other fraudulent actions.

33. The actions of the defendants toward the plaintiff were fraudulent in concealing material facts about the claims process and outright misrepresenting their actions.

DOCUMENT 2

34. The willful misrepresentation and fraud by concealment committed by the defendants upon the plaintiff caused the plaintiff loss of promised benefits under the policies and emotional distress.

35. The plaintiffs claim punitive damages of the defendants.

WHEREFORE, plaintiffs demands judgment against defendants for compensatory and punitive damages, plus interest, in an amount to be assessed by the jury, and costs.

**COUNT FIVE**
**WILLFUL AND WANTON**

36. Plaintiff realleges all prior paragraphs of the Complaint as fully set forth herein.

37. At all times material hereto, defendants engaged in willful and wanton conduct with regard to the handling of plaintiffs' claim for benefits under the subject insurance policies.

38. As a proximate consequence of the wrongful acts of the defendants, the plaintiff lost the above insurance benefits and suffered extreme emotional and mental anguish and physical illness.

WHEREFORE, plaintiff demands judgment against defendants in such an amount of compensatory and punitive damages as the jury deems reasonable.

**COUNT SIX**
**NEGLIGENCE**

39. Plaintiff realleges all prior paragraphs of the Complaint as if fully set forth herein.

40. The defendants had a legal duty to exercise reasonable care in handling the plaintiff's claim for benefits under the subject policies. Defendants acted negligently and breached their duty by failing or refusing to exercise reasonable care in handling the plaintiff's claim for benefits under the subject policies.

41. The negligent actions of the defendants combined and concurred to directly and proximately cause the plaintiff to lose the above insurance benefits and suffer extreme emotional distress, mental anguish, and physical illness.

WHEREFORE, plaintiff claims damages against defendants for compensatory and punitive damages for such sums as the jury deems just under the circumstances.

BERRY & ASSOCIATES

Attorneys for Plaintiff

By: ______________________
James R. Berry (BER016)

______________________
Allen Jolley (JOL007)

Of Counsel:

P. O. Box 1815
Albertville, Alabama 35950
Telephone: 256-878-8500
Fax: 256-878-8535
Email: allenjolley@gmail.com
berryandassociates@gmail.com

Plaintiff demands a trial by struck jury of all the issues in this cause.

______________________
JAMES BERRY

______________________
ALLEN JOLLEY


ELECTRONICALLY FILED
7/18/2017 10:51 AM
50-CV-2017-900276.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**CIVIL ACTION NO. CV-2016-___________**

**JOHNNY LAWSON,**

**PLAINTIFF**

**VS.**

**FEDERAL INSURANCE COMPANY, et al.,**

**DEFENDANTS**

**PLAINTIFF'S INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Alabama Rules of Civil Procedure 34, plaintiff, JOHNNTY LAWSON, hereby request defendants, FEDERAL INSURANCE COMPANY, AFFINION GROUP, LLC and BROADSPIRE, separately, to produce and permit the plaintiff or their attorneys to inspect and copy the documents described below at the office of Berry & Associates, LLC, 200 East McKinney Avenue, Albertville, Alabama, (or at such convenient place and time as may be agreed upon by the parties) on or before the time provided by law.

**DEFINITIONS**

A. "Document" means any letter, memorandums, handwritten or typewritten note or scribble, minutes, minutes book, bulletin, report, book, contract, tape, diary, binder, calendar, brochure, periodical, microfilm, film, chart, index, summary, study, computer printout, computer storage medium, computer program, specification or instruction necessary to derive or compile information from any computer storage medium or program provided in response to a request, or any other tangible thing that is subject to discovery under Rule 34 of the Alabama Rules of Civil Procedure. "Document" additionally includes any copy of any document that contains any notation or otherwise differs from the original, and specifically includes any drafts of the above and any handwritten notes or notations in whatever form.

B. Under Rule 26(e) of the Alabama Rules of Civil Procedure, each defendant must supplement or amend a response to these requests if it obtains new information or if circumstances change so that the prior response is no longer accurate.

C. Whenever a word is used in this document, its singular shall be deemed to include its plural, and its plural shall be deemed to include its singular, the masculine shall be deemed to include the feminine, and the feminine shall be deemed to include the

DOCUMENT 3

masculine. Additionally, the disjunctive ("or") shall be deemed to include the conjunctive ("and"), and the conjunctive ("and") shall be deemed to include the disjunctive ("or"), and each of the function words, "each," "every," "any," and "all" shall be deemed to include each of the other functional words.

D. "Relating to" or "with reference to" means consisting of, concerned with, showing or indicating knowledge of, mentioning, or in any manner referring to, either directly or indirectly.

## INTERROGATORIES

1. Please state the name, address, and job or work title of the person answering these Interrogatories and Requests for Production of Documents.

2. Please state or provide the names, addresses, phone numbers, and positions of those who at any stage in the claim's process were involved in investigating the plaintiff's claim.

3. Please state upon what authority the defendants rely in denying the plaintiff's claim.

4. Please state in detail any and all reasons relied upon by the defendants in denying the plaintiff's claim.

5. Please state in detail each fact, evidence, or information upon which the defendants relied in denying the plaintiff's claim.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiffs request that the defendants produce to plaintiff the following:

1. Any and all documents that any way involve or refer to the plaintiffs' claim file and/or underwriting file.

2. Copies of any and all communications and correspondence between the defendants and the plaintiffs relating to the defendants' denial of the plaintiff's claim.

3. Copies of any and all communications and/or correspondence generated by the defendants that relate in any way to the denial of the plaintiff's claim.

4. All records, correspondence, or writings of any kind that the defendants relied upon in denying the plaintiff's claim.

5. Copies of all correspondence, writings, and reports, including investigative reports, upon which the defendants relied in denying the plaintiff's claim.

6. Please provide a list of names, addresses, and phone numbers of all persons interviewed

or questioned regarding the plaintiff's claim, along with any and all copies of records, recordings, tapes, or transcriptions thereof, of those persons so questioned or interviewed.

BERRY & ASSOCIATES, LLC
Attorneys for Plaintiff

ALLEN JOLLEY (JOL007)
P. O. Box 1815
Albertville, Alabama 35950
Telephone: 256-878-8500
Fax: 256-878-8535
Email: allenjolley@gmail.com




AlaFile E-Notice

50-CV-2017-900276.00

To: JAMES R. BERRY
berryandassociates@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL
50-CV-2017-900276.00

The following complaint was FILED on 7/18/2017 10:51:16 AM

Notice Date: 7/18/2017 10:51:16 AM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov




AlaFile E-Notice

50-CV-2017-900276.00

To: FEDERAL INSURANCE COMPANY
251 NORTH ILLINOIS
INDIANAPOLIS, IN, 46204

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL
50-CV-2017-900276.00

The following complaint was FILED on 7/18/2017 10:51:16 AM

Notice Date: 7/18/2017 10:51:16 AM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov




AlaFile E-Notice

50-CV-2017-900276.00

To: CHUBB GROUP OF INSURANCE COMPANIES
2 NORTH JACKSON ST
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL
50-CV-2017-900276.00

The following complaint was FILED on 7/18/2017 10:51:16 AM

Notice Date: 7/18/2017 10:51:16 AM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov




AlaFile E-Notice

50-CV-2017-900276.00

To: AFFINION BENEFITS GROUP, LLC
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL
50-CV-2017-900276.00

The following complaint was FILED on 7/18/2017 10:51:16 AM

Notice Date: 7/18/2017 10:51:16 AM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov




AlaFile E-Notice

50-CV-2017-900276.00

To: BROADSPIRO BY CRAWFORD & COMPANY
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL
50-CV-2017-900276.00

The following complaint was FILED on 7/18/2017 10:51:16 AM

Notice Date: 7/18/2017 10:51:16 AM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>50-CV-2017-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL**

**NOTICE TO:** FEDERAL INSURANCE COMPANY, 251 NORTH ILLINOIS, INDIANAPOLIS, IN 46204
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES R. BERRY ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 1815, ALBERTVILLE, AL 35950 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOHNNIE LAWSON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

7/18/2017 10:51:16 AM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ________ *(Name)*

☑ Certified Mail is hereby requested. /s/ JAMES R. BERRY *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ________ *(Name of Person Served)* in ________ *(Name of County)* County, Alabama on ________ *(Date)*.

________ *(Address of Server)*

________ *(Type of Process Server)* ________ *(Server's Signature)* ________

________ *(Server's Printed Name)* ________ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>50-CV-2017-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL**

**NOTICE TO:** CHUBB GROUP OF INSURANCE COMPANIES, 2 NORTH JACKSON ST SUITE 605, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES R. BERRY ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 1815, ALBERTVILLE, AL 35950 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOHNNIE LAWSON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

7/18/2017 10:51:16 AM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ JAMES R. BERRY *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______ *(Date)* .

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)* .

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)* ______

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>50-CV-2017-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL**

**NOTICE TO:** AFFINION BENEFITS GROUP, LLC, 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES R. BERRY ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 1815, ALBERTVILLE, AL 35950 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOHNNIE LAWSON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

7/18/2017 10:51:16 AM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ JAMES R. BERRY *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)* ______

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>50-CV-2017-900276.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**JOHNNIE LAWSON V. FEDERAL INSURANCE COMPANY ET AL**

**NOTICE TO:** BROADSPIRO BY CRAWFORD & COMPANY, 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES R. BERRY ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 1815, ALBERTVILLE, AL 35950 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOHNNIE LAWSON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

7/18/2017 10:51:16 AM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ____________ *(Name)*

☑ Certified Mail is hereby requested. /s/ JAMES R. BERRY *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ____________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ____________ *(Name of Person Served)* in ____________ *(Name of County)* County, Alabama on ____________ *(Date)*.

____________ *(Address of Server)*

____________ *(Type of Process Server)* ____________ *(Server's Signature)*

____________

____________ *(Server's Printed Name)* ____________ *(Phone Number of Server)*