# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHNNY LAWSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:17-cv-01387-SGC |
| FEDERAL INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the accompanying memorandum opinion, and with Rule 58 of the *Federal Rules of Civil Procedure*, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all claims asserted in this matter are **DISMISSED** for failure to state a claim on which relief may be granted. Costs are taxed as paid.

**DONE** this 26th day of November, 2018.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE